No. 17,483.

HOLDEN *v.* THE PEOPLE.
(278 P. [2d] 1023)

Decided December 20, 1954.   Rehearing denied February 7, 1955.

PER CURIAM.

Judgment affirmed en banc without written opinion.

VIRGINIA MALLOY, for plaintiff in error.

MR. DUKE W. DUNBAR, Attorney General, Mr. FRANK A. WACHOB, Deputy, for the People.